Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

Paul Simpson, Bar No. 83878
psimpson@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Defendant
De Fig Flooring, Inc. dba SD Flooring, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DE FIG FLOORING, INC. dba SD FLOORING, INC., a California Corporation,<br><br>Defendant. | Case No.: 18-cv-01938-MMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>AND ORDER THEREON |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. and named Defendant De Fig Flooring, Inc. dba SD Flooring, Inc. represent through their respective attorneys that they

reached a settlement and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice.

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

DATED: November 22, 2019   **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, District Council 16
Nor. Cal. Health and Welfare Trust Fund, et al.

DATED: November 22, 2019   **SIMPSON, GARRITY, INNES & JACUZZI**

By: _____/S/_____
Paul Simpson
Attorneys for Defendant, De Fig Flooring, Inc. dba SD Flooring, Inc.

IT IS SO ORDERED.

This case is hereby dismissed with prejudice, and the calendar herein is vacated.

DATED: __November 22__, 2019

_____
UNITED STATES DISTRICT COURT JUDGE